AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

FEB 1 6 2015

David J. Bradley, Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. M-15-0221-M |
| SOTO-GARCIA, Alfredo | ) | |
| YOB: 1969 | ) | |
| POB: USA | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __2/14/2015__ in the county of __STARR__ in the __SOUTHERN__ District of __TEXAS__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 (a) (1) | Knowingly and intentionally possess with intent to distribute approximately 1,324.0 kilograms of marijuana, a schedule I controlled substance. |

This criminal complaint is based on these facts:

(Continued on Attachment A)

☑ Continued on the attached sheet.

_____
*Complainant's signature*

TFO Ralph Garcia, DEA Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: February 16, 2015   4:07 pm

_____
*Judge's signature*

City and state: McAllen, Texas        Peter Ormsby, Magistrate Judge
*Printed name and title*

Attachment A

BPA's Feldenzer and Denno arrived at the residence located at 158 Chele Road and observed twenty (20) packages of what appeared to be narcotics lying on the bed of a green Ford pick-up truck that was parked by the rear door to 158 Chele Road. BPA's Feldenzer and Denno also observed bundles of what appeared to be narcotics laying on the floor inside the residence in plain-view. BPA Hosick and K-9 (Iwan) proceeded to check foot signs leading from the Green Ford Pick-up Truck into the brush northwest of the residence located at 158 Chele Road, where k-9 (Iwan) alerted to a subject attempting to conceal himself in the brush who was later identified as SOTO-GARCIA, Alfredo. BPA Hosick conducted a pat down on SOTO-GARCIA and found a small bag of marijuana and the keys to the Green Ford Pick-up Truck that was parked at 158 Chele Road on his person. BPA's seized a total of 109 marijuana packages from inside the residence and 20 marijuana packages from the Green Ford Pick-up Truck. The marijuana and SOTO-GARCIA were transported to the Rio Grande Border Patrol Station, where the marijuana was weighed which totaled 1,324.0kgms.

On February 14, 2015 at approximately 4:30a.m, DEA Task Force Officer Ralph Garcia and TFO Jorge Alvarez responded to the Rio Grande City, TX USBP Station to interview SOTO-GARCIA.

On this same date at approximately 6:54a.m, TFO's Garcia and Alvarez read SOTO-GARCIA his Miranda warning rights and interviewed him after agreeing to speak to agents. During the interview, SOTO-GARCIA stated that on January 11 or 15, 2015, he went to go visit his sister, (Ofelia Amaya) in Laredo, Texas. SOTO-GARCIA stated his sister was having financial problems and didn't have a vehicle. SOTO-GARCIA stated he purchased her a vehicle. SOTO-GARCIA stated on this same date accompanied his nephew and his friends to a bar. SOTO-GARCIA stated his nephew kept bragging to his friends about him. SOTO-GARCIA stated the next day he was walking to a bus stop, when four subjects in a black Marquise pulled up to him and forced him into the vehicle at gun point. SOTO-GARCIA stated he was taken to an unknown location and placed in a small room. SOTO-GARCIA stated the subjects kept threatening to kill his sister if he didn't comply. SOTO-GARCIA stated the next day he was taken to another unknown location in the Rio Grande Valley area and was forced to drive marijuana loads from the Rio Grande River area to 158 Chele Road for the past two months. SOTO-GARCIA stated he picked up four marijuana loads by the Rio Grande River area on the date of his arrest and transported the marijuana loads to 158 Chele Road. SOTO-GARCIA stated that he didn't know who owned the residence. SOTO-GARCIA stated he never tried escaping because he was always being threatened. SOTO-GARCIA stated he hid from Border Patrol Agents because of his prior criminal history fearing that he was going to serve a lot of prison time if apprehended.